**BRAIN INJURY RIGHTS GROUP, LTD.**
**50 West 97th Street, Suite 1E**
**New York, New York 10025**



November 12, 2019

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, N.Y. 10007

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/19
```

Re: Hidalgo, et al. v. NYC Department of Education, 19 CV 2590 (RA)

Dear Judge Abrams:

I am counsel for Plaintiffs in the above-referenced action. On behalf of Plaintiffs, I write to respectfully request that the Court adjourn the status conference currently scheduled for Friday, November 15, 2019 at 10:30 a.m. until a date and time after December 3, 2019 that is convenient for the Court. Earlier today, I contacted counsel for defendant New York City Department of Education ("DOE"), who consents to the application.

As the Court may be aware, Plaintiffs have filed a motion for reconsideration of the Court's Opinion & Order dated October 29, 2019 ("October 29th Order"), by which the Court denied Plaintiffs' motion for a preliminary injunction. See ECF Nos. 39-40. The briefing of the motion will be complete as of December 3, 2019. See ECF No. 39. Accordingly, Plaintiffs propose an adjournment of the conference to enable DOE to be able to respond to the motion through briefing, for Plaintiffs to have the opportunity to reply thereto and for the Court to have the benefit of the aforementioned briefing prior to the conference.

In light of the foregoing, Plaintiffs respectfully submit that the Court grant the instant application.

Plaintiffs thank the Court for its time and consideration.

Respectfully Submitted,

/S

Karl J. Ashanti

cc: Christopher Ferreira, Esq. (via ECF)
New York City Law Department
General Litigation Division
100 Church Street
New York, NY 10007

> Application granted. The status conference is hereby adjourned to December 5, 2019 at 10:30 a.m.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 11/12/2019