USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA HIDALGO AND ABUNDIO SANCHEZ, *individually and as parents and natural guardians of L.S.*,

    Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

    Defendant.

No. 19-CV-2590 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed on the record at today's hearing, the parties shall meet and confer in an attempt to resolve this matter. In the event the parties are not able to reach a resolution, they shall write a joint letter to the Court no later than January 6, 2020 describing the scope of the Department of Education's obligation to notify parents about their child's pendency placement when, as here, the parents have filed a 10-Day Notice and due process complaint and the child's pendency placement is arguably unclear.

SO ORDERED.

Dated: December 5, 2019
       New York, New York

_____
Ronnie Abrams
United States District Judge