| |
|---|
| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 5-28-20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA HIDALGO AND ABUNDIO SANCHEZ, *individually and as parents and natural guardians of L.S.*,

                Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

No. 19-CV-2590 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than June 1, 2020, Plaintiffs shall file a letter advising the Court whether they withdraw their motion for reconsideration in light of the Second Circuit's decision in *Ventura de Paulino v. New York City Department of Education* that parents were not entitled to pendency funding when they unilaterally moved their children from iHope to iBrain because "it is the City, not the Parents, that is authorized to decide how (and where) the Students' pendency services are to be provided." No. 19-1662-CV, 2020 WL 2516650, at *10 (2d Cir. May 18, 2020). In the event that Plaintiffs do not intend to withdraw their motion, they shall explain why the Second Circuit's decision in *Ventura de Paulino* does not control in this action.

Dated:    May 28, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge