UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

MARIA HIDALGO and ABUNDIO SANCHEZ, as
Parents and Natural Guardians of L.S., and MARIA
HIDALGO and ABUNDIO SANCHEZ, Individually,

                Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.
-------------------------------------------------------------------x

**ORDER**

**19 – cv – 2590 (RA)**

      **IT IS HEREBY ORDERED** that the Office of State Review of the New York State Education Department shall, within thirty (30) days of receipt of this Order, mail a certified copy of the administrative record in Office of State Review Appeal Case 18-122 to counsel for the Plaintiffs, Peter G. Albert, Esq., Brain Injury Rights Group, Ltd., 300 East 95th Street – Suite 130, New York, New York 10128;

      **IT IS FURTHER ORDERED** that upon receipt of the certified record from the Office of State Review, Plaintiffs' counsel shall provide a copy of such record to counsel for Defendants and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d) on or before August 23, 2021; and

      **IT IS FURTHER ORDERED** that the parties are to file their respective motions for summary judgment as follows:

- Plaintiffs shall file their motion for summary judgment by on or before September 20, 2021;

- Defendants shall file their opposition and cross-motion for summary judgment by on or before October 19, 2021;

- Plaintiffs shall file their reply by on or before November 1, 2021; and,

- Defendants shall file their reply by on or before November 16, 2021.

**SO ORDERED.**

_____
RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

DATED:   July 20, 2021
         New York, New York